IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division



| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 3:08CR086 |
| | ) |
| MATTHEW S. HAISLIP | ) |

**FEBRUARY 2008 TERM - At Richmond**

**COUNT ONE**
(Possession of Firearm by Unlawful User of Controlled Substances)

THE GRAND JURY CHARGES that on or about the 1st day of May, 2007, in the Eastern District of Virginia and within the jurisdiction of this Court, MATTHEW S. HAISLIP, who was an unlawful user of controlled substances, did knowingly and unlawfully possess a firearm, to wit: a Ruger .45 caliber semi-automatic pistol, model P90, serial number 662-30513, in and affecting interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(g)(3)).

**COUNT TWO**
(Possession of Marijuana)

THE GRAND JURY FURTHER CHARGES that on or about the 1st day of May, 2007, in the Eastern District of Virginia and within the jurisdiction of this Court, MATTHEW S. HAISLIP did knowingly, intentionally, and unlawfully possess a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance.

(In violation of Title 21, United States Code, Section 844).

## FORFEITURE ALLEGATION

Pursuant to Rule 32.2 Fed. R. Crim. P., the defendant is hereby notified that upon conviction of one or more of the offenses alleged in Count One of this Indictment, he shall forfeit to the United States all firearms and ammunition involved in the commission of the offenses, including, but not limited to, the following:

a Ruger .45 caliber semi-automatic pistol, model P90, serial number 662-30513.

(In accordance with Title 18, United States Code, Section 924(d); and Title 28 United States Code, Section 2461(c)).

A TRUE BILL
Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

FOREPERSON

CHUCK ROSENBERG
UNITED STATES ATTORNEY

By: _____
Stephen W. Miller
Assistant United States Attorney

No. _____

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

THE UNITED STATES OF AMERICA

vs.

MATTHEW S. HAISLIP

**INDICTMENT**

In violation of Title 18, United States Code, § 922(g)(3) - Possession of a firearm by an unlawful user
In violation of Title 21, United States Code, § 844 - Possession of a controlled substance

A true bill,

_____
Foreman

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

Filed in open court this _____ day, of _____ A.D. 20___

_____
Clerk

Bail, $ _____