IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action Number 3:08CR86 |
| MATTHEW S. HAISLIP, | |
| Defendant. | |

### **ORDER**

    This matter is before the Court on the joint motion of the government and the defendant for a continuance of this matter. Finding that the defendant has been accepted into the Pretrial Diversion program for a 9-month period, the Court GRANTS the motion for a continuance and CONTINUES this matter until March 20, 2009 at 9:00a.m. Counsel are DIRECTED to follow the standard Pretrial Diversion procedures including, but not limited to, notifying the Court when the defendant either successfully completes the program or is terminated from the program and thereafter filing a motion to either dismiss the matter or reinitiate prosecution.

    It is so ORDERED.

    Let the Clerk send a copy of this Order to all counsel of record and to United States Pretrial Services.

_____                             _____
DATE                                             UNITED STATES DISTRICT JUDGE