IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 3:08CR86 |
| | ) |
| MATTHEW S. HAISLIP | ) |

**GOVERNMENT'S MOTION FOR CONTINUANCE**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney and moves for a continuance of the jury trial in this case for purposes of allowing the defendant to be assessed for admission into the Pretrial Diversion Program. In support of its motion, the United States represents the following:

1. On May 1, 2007, the defendant was charged in an Indictment with being an unlawful user of controlled substances and did knowingly and unlawfully possess a firearm, in violation of Title 18, United States Code, Section 922(g)(3).

2. The defendant was referred to the Pretrial Diversion program on April 30, 2008, and was accepted as a candidate into the diversion program on June 12, 2008 for a period of nine months.

3. A trial is not currently scheduled in this matter.

Accordingly, the United States respectfully requests that this matter be continued until March 20, 2008 at 9:00a.m., to allow the defendant to participate in the Pretrial Diversion program. It is represented that the defendant and defense counsel are aware of, and join in, this motion.

Respectfully submitted,

CHUCK ROSENBERG
UNITED STATES ATTORNEY


By: _____
     Charles E. James, Jr.
     Assistant United States Attorney