AO 245B (Rev. 12/03)(VAED rev. 2) Sheet 1 - Judgment in a Criminal Case

**JUL 16 2008**

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Richmond Division

UNITED STATES OF AMERICA

V.

Case Number:   3:08CR00086-001

USM Number:   34188-183

MATTHEW S. HAISLIP
Defendant.

Defendant's Attorney:
Anton J. Stelly, Esq.

### JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count(s) 2.

The defendant is adjudicated guilty of these offenses.

| Title and Section | Nature of Offense | Offense Class | Offense Ended | Count |
|---|---|---|---|---|
| Title 21, U.S.C., Section 844 | Possession of marijuana | Misdemeanor | 05/01/07 | |

The defendant is sentenced as provided in pages 2 through 3 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

07/16/2008
Date of Imposition of Judgment

/s/
Dennis W. Dohnal
United States Magistrate Judge

Date:  JUL 1 6 2008

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case
Sheet 2 - Imprisonment

Page 2 of 3

Case Number:        3:08CR00086-001
Defendant's Name:   MATTHEW S. HAISLIP

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:  10 Days.

The defendant shall surrender to the United States Marshal of this district:

        at 12:00 p.m. on July 18, 2008.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to_____

at_____, with a certified copy of this Judgment.

                                    _____
                                    UNITED STATES MARSHAL

                    By      _____
                            DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case
    Sheet 5 - Criminal Monetary Penalties

Page 3 of 3

Case Number:       3:08CR00086-001
Defendant's Name:   MATTHEW S. HAISLIP

The special assessment shall be paid within thirty (30) days.

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

| Count | Assessment | Fine | Restitution |
|-------|------------|------|-------------|
| 2 | $25.00 | $0.00 | $0.00 |
| **TOTALS:** | **$25.00** | **$0.00** | **$0.00** |

No fines have been imposed in this case.