IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:08CR86 |
| | ) | |
| MATTHEW HAISLIP | ) | |

MOTION FOR DISMISSAL

COMES NOW the United States of America, by and through its attorneys, Dana J. Boente, Acting United States Attorney for the Eastern District of Virginia; and Michael A. Jagels, Special Assistant United States Attorney, and counsel for the defendant, pursuant to Fed. R. Crim. P. 48(a), and hereby moves this Honorable Court to dismiss with prejudice the charges against MATTHEW HAISLIP as set forth in the Indictment. In support of its motion, the United States asserts that the defendant died on Wednesday, October 1, 2008.

                                      Respectfully submitted,
                                      DANA J. BOENTE
                                      ACTING UNITED STATES ATTORNEY

By: _____/s/_____
     Michael A. Jagels
     VSB No. 38262
     Special Assistant United States Attorney
     Office of the United States Attorney
     600 E. Main Street, Suite 1800
     Richmond, Virginia 23219
     (804) 819-5400
     (804) 771-2316 (facsimile)
     Michael.A.Jagels@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of November, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing (NEF) to counsel of record:

_____/s/_____
Michael A. Jagels
VSB No. 38262
Special Assistant United States Attorney
Office of the United States Attorney
600 E. Main Street, Suite 1800
Richmond, Virginia 23219
(804) 819-5400
(804) 771-2316 (facsimile)
Michael.A.Jagels@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:08CR86 |
| | ) | |
| MATTHEW HAISLIP | ) | |

**O R D E R**

Upon motion of the United States and counsel for the defendant, pursuant to Fed. R. Crim. P. 48 (a) to dismiss with prejudice the charges in the pending Indictments against MATTHEW HAISLIP in this case, it is hereby ORDERED that the charges in the pending Indictments in this case be DISMISSED WITH PREJUDICE against MATTHEW HAISLIP.

_____
UNITED STATES DISTRICT JUDGE

Richmond, Virginia

Date: _____